IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| JASON LEOPOLD,<br>BUZZFEED INC.,<br><br>    Plaintiffs,<br><br>v.<br><br>DEFENSE INTELLIGENCE AGENCY,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)    Case No. 1:19-cv-02798-RC<br>)<br>)<br>)<br>)<br>)<br>) |

**FIRST JOINT STATUS REPORT**

Pursuant to this Court's January 14, 2020 Minute Order, the parties hereby submit their first joint status report for this Freedom of Information Act ("FOIA") action.

Defendant searched its records in the offices reasonably believed to have information responsive to plaintiffs' FOIA request and completed its initial electronic collection as of February 7, 2020. Defendant collected more than 3800 records. Through de-duplication, that number was reduced to just under 2000 records. From that set, defendant has identified 228 records that appear responsive to plaintiffs' FOIA request. Defendant is processing these records and is currently on target for an initial production and response to plaintiffs by March 30, 2020. Defendant anticipates that some records – including at least some parts of its budget – will require referral for review to other government agencies with equities in the records.

The parties will continue to confer about the processing of the request, and propose that defendant continue to process as many records as it reasonably can and make rolling productions to plaintiffs every six weeks after defendant's initial production and response on March 30, 2020.

Furthermore, in light of the parties' cooperation regarding the issues in this case, the parties suggest that they continue their communications and submit another joint status report on April 15, 2020, and every eight weeks thereafter. Defendant will endeavor to use its experience reviewing records for the first production to determine a processing rate for remaining records, and address such a rate in the April 15 joint status report.

|  |  |
|---|---|
|  | Respectfully submitted, |
| BY PLAINTIFFS: | **/s/ Matthew V. Topic**<br>Matthew Topic<br>(E-Mail: foia@loevy.com)<br>LOEVY & LOEVY<br>311 N. Aberdeen, Third Floor<br>Chicago, Illinois 60607<br>Tel.: (312) 243-5900<br>Fax: (312) 243-5902<br>Bar No. IL0037 |
|  | Josh Loevy<br>(E-Mail: josh.loevy@buzzfeed.com)<br>BUZZFEED INC.<br>111 East 18th Street, 13th Floor<br>New York, NY 10003<br>Tel.: (646) 660-0693<br>Fax: (212) 431-7461<br>Bar No. 1008728 |
| BY DEFENDANT: | JOSEPH H. HUNT<br>Assistant Attorney General |
|  | ELIZABETH J. SHAPIRO<br>Deputy Director |
|  | **/s/ Lisa A. Olson**<br>LISA A. OLSON<br>U.S. Department of Justice<br>Civil Division<br>Federal Programs Branch<br>1100 L Street, N.W., Room 12200<br>Washington, D.C. 20005<br>Telephone: (202) 514-5633<br>Telefacsimile: (202) 616-8470 |

Dated: March 2, 2020

E-mail: lisa.olson@usdoj.gov
Counsel for Defendant