IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| JASON LEOPOLD, BUZZFEED INC., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Case No. 1:19-cv-02798-RC |
| | ) | |
| DEFENSE INTELLIGENCE AGENCY, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**JOINT STATUS REPORT**

Pursuant to this Court's May 26, 2020 Minute Order, the parties hereby submit their joint status report for this Freedom of Information Act ("FOIA") action.

In response to the COVID-19 pandemic, the Court granted Defendant's unopposed motion for a temporary stay on March 27. Defendant Defense Intelligence Agency ("DIA") provides the following information updating its FOIA operations since the last joint status report:

On October 30, 2020, despite the FOIA-Lit limitations described in previous joint status reports, Defendant completed processing the portion of Plaintiffs' request in this matter seeking "all records of correspondence between the DIA and the Office of Special Counsel Robert Mueller mentioning or referring to Michael Flynn," after locating and reviewing 112 responsive documents. On that same day, Defendant provided Plaintiffs with a letter regarding that processing and the documents' applicable exemptions. Defendant had anticipated producing a Vaughn index to Plaintiffs regarding those 112 documents by November 30, 2020; however, due to the unanticipated pardoning of the subject of Plaintiff's requests by the President of the United States on November 25, 2020, Defendant needed to re-review the processed 112 documents.

1

Those documents are stored, and can only be reviewed, on the classified computer system located in a Secure Compartmented Information Facility ("SCIF") within a DIA facility. Defendant also now needs to revise the Vaughn index to accurately reflect the applicable exemptions. Therefore, the Agency will now produce the Vaughn index on the 112 documents by no later than December 4, 2020.

Defendant will begin processing the 228 records already identified in March 2020, prior to the COVID-19 pandemic, by no later than January 1, 2021. Defendant expects that it will be able to provide Plaintiffs with more specific information by the next Joint Status Report regarding (1) the status of the processing of the remainder of Plaintiffs' FOIA requests; (2) the anticipated number of documents responsive to Plaintiffs' FOIA request; and (3) the anticipated date(s) for any release of the documents requested by Plaintiffs, subject to applicable exemptions.

The Parties are currently discussing issues related to Plaintiffs' request. The Parties suggest that they continue their communications and submit another joint status report on or before January 4, 2021, or earlier if appropriate.

Respectfully submitted,

BY PLAINTIFFS:

/s/ Matthew V. Topic
Matthew Topic
(E-Mail: foia@loevy.com)
LOEVY & LOEVY
311 N. Aberdeen, Third Floor
Chicago, Illinois 60607
Tel.: (312) 243-5900
Fax: (312) 243-5902
Bar No. IL0037

Josh Loevy
(E-Mail: josh.loevy@buzzfeed.com)
BUZZFEED INC.
111 East 18th Street, 13th Floor

|  |  |
|---|---|
|  | New York, NY 10003<br>Tel.: (646) 660-0693<br>Fax: (212) 431-7461<br>Bar No. 1008728 |
| BY DEFENDANT: | JEFFREY BOSSERT CLARK<br>Acting Assistant Attorney General |
|  | ELIZABETH J. SHAPIRO<br>Deputy Director |
|  | **/s/ Lisa A. Olson**<br>LISA A. OLSON<br>U.S. Department of Justice<br>Civil Division<br>Federal Programs Branch<br>1100 L Street, N.W., Room 12200<br>Washington, D.C. 20005<br>Telephone: (202) 514-5633<br>Telefacsimile: (202) 616-8470 |
| Dated: December 2, 2020 | E-mail: lisa.olson@usdoj.gov<br>Counsel for Defendant |