IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JASON LEOPOLD, BUZZFEED INC., ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> DEFENSE INTELLIGENCE AGENCY, ) <br> ) <br> Defendant. ) <br> ) | Case No. 1:19-cv-02798-RC |

**JOINT STATUS REPORT**

Pursuant to this Court's May 26, 2020 Minute Order, the parties hereby submit their joint status report for this Freedom of Information Act ("FOIA") action. Defendant Defense Intelligence Agency ("DIA") provides the following information updating its FOIA operations since the last joint status report:

Since the last filing, Defendant has now processed 204 of the 228 records that had been identified in March 2020, prior to the COVID-19 pandemic, and has provided Plaintiffs with nonexempt records in response to their FOIA request. There are 24 records that remain to be processed.

Defendant advises that there are 8 records to be completed by the date of the next interim production. An additional 5 documents have been sent to an outside government agency, and another 11 records require multiple internal and external assignments for consideration. Defendant will provide Plaintiffs with a 16th interim production by July 29, 2022, with the goal of producing 8 records, and additional documents subject to receiving final responses.

1

      Defendant is committed to moving as expeditiously as possible on processing and producing non-exempt portions of the records; however, what it can produce depends upon subject matter expert availability to conduct the reviews, the staffing of the other government agencies, and how quickly those other government agencies can provide Defendant with a response. For the remaining 24 records, Defendant anticipates completing its processing of them on a rolling basis within 30 days of receiving a final response resulting from the review by the other governmental agencies and subject matter experts with equities in a document.

      The Parties continue to discuss issues related to Plaintiffs' request. The Parties suggest that they continue their communications and propose filing another joint status report within 31 days, on or before August 10, 2022.

Respectfully submitted,

BY PLAINTIFFS:

*/s/ Josh Loevy*
Matthew Topic, D.C. Bar No. IL0037
Josh Loevy, D.C. Bar No. IL0105
Merrick Wayne, D.C. Bar No. IL0058
Shelley Geiszler, D.C. Bar No. IL0087
(E-Mail: foia@loevy.com)
LOEVY & LOEVY
311 N. Aberdeen, Third Floor
Chicago, Illinois 60607
Tel.: (312) 243-5900
Fax: (312) 243-5902
*Counsel for Plaintiff*

BY DEFENDANT:

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

ELIZABETH J. SHAPIRO
Deputy Director

*/s/ Lisa A. Olson*
LISA A. OLSON
Senior Trial Counsel
U.S. Department of Justice
Civil Division
Federal Programs Branch

|  |  |
|---|---|
|  | 1100 L Street, N.W., Room 12200 |
|  | Washington, D.C. 20005 |
|  | Telephone: (202) 514-5633 |
|  | Telefacsimile: (202) 616-8470 |
|  | E-mail: lisa.olson@usdoj.gov |
| Dated: July 11, 2022 | Counsel for Defendant |