IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JASON LEOPOLD, BUZZFEED INC., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) Case No. 1:19-cv-02798-RC |
| | ) |
| DEFENSE INTELLIGENCE AGENCY, | ) |
| | ) |
| Defendant. | ) |
| | ) |

**JOINT STATUS REPORT**

Pursuant to this Court's May 26, 2020 Minute Order, the parties hereby submit their joint

status report for this Freedom of Information Act ("FOIA") action.  Plaintiffs have completed

their review of the records produced in response to plaintiffs' FOIA request in this case, and

defendant Defense Intelligence Agency has provided plaintiffs with a draft *Vaughn* index of the

documents.  The Parties are continuing to confer on remaining issues, in hopes of avoiding

further litigation.  The Parties propose filing another joint status report within 30 days, on or

before July 12, 2023.

Respectfully submitted,

BY PLAINTIFFS:

/s/ *Josh Loevy*
Matthew Topic, D.C. Bar No. IL0037
Josh Loevy, D.C. Bar No. IL0105
Merrick Wayne, D.C. Bar No. IL0058
Shelley Geiszler, D.C. Bar No. IL0087
LOEVY & LOEVY
311 N. Aberdeen, Third Floor
Chicago, Illinois 60607
Telephone: (312) 243-5900
Telefacsimile: (312) 243-5902

E-Mail: foia@loevy.com
*Counsel for Plaintiffs*

BY DEFENDANT:                    BRIAN M. BOYNTON
                                 Principal Deputy Assistant Attorney General

                                 ELIZABETH J. SHAPIRO
                                 Deputy Director

                                 ***/s/ Lisa A. Olson***
                                 LISA A. OLSON
                                 Senior Trial Counsel
                                 U.S. Department of Justice
                                 Civil Division
                                 Federal Programs Branch
                                 1100 L Street, N.W., Room 12200
                                 Washington, D.C. 20005
                                 Telephone: (202) 514-5633
                                 Telefacsimile: (202) 616-8470
                                 E-mail: lisa.olson@usdoj.gov
Dated: June 12, 2023             *Counsel for Defendant*