IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| JASON LEOPOLD, BUZZFEED INC., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Case No. 1:19-cv-02798-RC |
| | ) | |
| DEFENSE INTELLIGENCE AGENCY, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**JOINT STATUS REPORT**

Pursuant to this Court's May 26, 2020 Minute Order, the parties hereby submit their joint status report for this Freedom of Information Act ("FOIA") action. Plaintiffs have completed their review of the records produced in response to plaintiffs' FOIA request in this case, and defendant has provided plaintiffs with a draft *Vaughn* index of the documents. The Parties are continuing to confer on remaining issues, in hopes of avoiding further litigation. The Parties propose filing another joint status report within 31 days, on or before September 11, 2023.

Respectfully submitted,

BY PLAINTIFFS:

/s/ *Josh Loevy*
Matthew Topic, D.C. Bar No. IL0037
Josh Loevy, D.C. Bar No. IL0105
Merrick Wayne, D.C. Bar No. IL0058
Shelley Geiszler, D.C. Bar No. IL0087
LOEVY & LOEVY
311 N. Aberdeen, Third Floor
Chicago, Illinois 60607
Telephone: (312) 243-5900
Telefacsimile: (312) 243-5902
E-Mail: foia@loevy.com
*Counsel for Plaintiffs*

1

| | |
|---|---|
| BY DEFENDANT: | BRIAN M. BOYNTON<br>Principal Deputy Assistant Attorney General<br><br>ELIZABETH J. SHAPIRO<br>Deputy Director<br><br>***/s/ Lisa A. Olson***<br>LISA A. OLSON<br>Senior Trial Counsel<br>U.S. Department of Justice<br>Civil Division<br>Federal Programs Branch<br>1100 L Street, N.W., Room 12200<br>Washington, D.C. 20005<br>Telephone: (202) 514-5633<br>Telefacsimile: (202) 616-8470<br>E-mail: lisa.olson@usdoj.gov |
| Dated: August 11, 2023 | *Counsel for Defendant* |