IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| JASON LEOPOLD, BUZZFEED INC., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Case No. 1:19-cv-02798-RC |
| | ) | |
| DEFENSE INTELLIGENCE AGENCY, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**JOINT STATUS REPORT**

Pursuant to this Court's May 26, 2020 Minute Order, the parties hereby submit their joint status report for this Freedom of Information Act ("FOIA") action. Plaintiffs have completed their review of the records produced in response to plaintiffs' FOIA request in this case, and defendant has provided plaintiffs with a draft *Vaughn* index of the documents. The parties are continuing to confer on remaining issues, in hopes of avoiding further litigation. The parties propose filing another joint status report within 30 days, on or before November 10, 2023.

                                                                            Respectfully submitted,

BY PLAINTIFFS:                          **/s/ *Merrick Wayne***
                                                      Matthew Topic, D.C. Bar No. IL0037
                                                      Josh Loevy, D.C. Bar No. IL0105
                                                      Merrick Wayne, D.C. Bar No. IL0058
                                                      Stephen Stich Match, D.C. Bar No. MA0044
                                                      Shelley Geiszler, D.C. Bar No. IL0087
                                                      LOEVY & LOEVY
                                                      311 N. Aberdeen, Third Floor
                                                      Chicago, Illinois 60607
                                                      Telephone: (312) 243-5900
                                                      Telefacsimile: (312) 243-5902
                                                      E-Mail: foia@loevy.com

|  |  |
|---|---|
|  | *Counsel for Plaintiffs* |
| BY DEFENDANT: | BRIAN M. BOYNTON<br>Principal Deputy Assistant Attorney General |
|  | ELIZABETH J. SHAPIRO<br>Deputy Director |
|  | **/s/ Lisa A. Olson**<br>LISA A. OLSON<br>Senior Trial Counsel<br>U.S. Department of Justice<br>Civil Division<br>Federal Programs Branch<br>1100 L Street, N.W., Room 12200<br>Washington, D.C. 20005<br>Telephone: (202) 514-5633<br>Telefacsimile: (202) 616-8470<br>E-mail: lisa.olson@usdoj.gov |
| Dated: Oct. 11, 2023 | *Counsel for Defendant* |