IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JASON LEOPOLD, BUZZFEED INC., ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> DEFENSE INTELLIGENCE AGENCY, ) <br> ) <br> Defendant. ) <br> ) | Case No. 1:19-cv-02798-RC |

**JOINT STATUS REPORT**

Pursuant to this Court's May 26, 2020 Minute Order, the parties hereby submit their joint status report for this Freedom of Information Act ("FOIA") action. Plaintiffs have completed their review of the records produced in response to plaintiffs' FOIA request in this case, and defendant has provided plaintiffs with a draft *Vaughn* index of the documents and further information in response to several inquiries. The parties are continuing to confer on remaining issues, in hopes of avoiding further litigation. The parties propose filing another joint status report within 32 days, on or before December 11, 2023.

                                                Respectfully submitted,

BY PLAINTIFFS:                  **/s/ *Merrick Wayne***
                                        Matthew Topic, D.C. Bar No. IL0037
                                        Josh Loevy, D.C. Bar No. IL0105
                                        Merrick Wayne, D.C. Bar No. IL0058
                                        Stephen Stich Match, D.C. Bar No. MA0044
                                        Shelley Geiszler, D.C. Bar No. IL0087
                                        LOEVY & LOEVY
                                        311 N. Aberdeen, Third Floor
                                        Chicago, Illinois 60607
                                        Telephone: (312) 243-5900

|  |  |
|---|---|
|  | Telefacsimile: (312) 243-5902 |
|  | E-Mail: foia@loevy.com |
|  | *Counsel for Plaintiffs* |
| BY DEFENDANT: | BRIAN M. BOYNTON |
|  | Principal Deputy Assistant Attorney General |
|  |  |
|  | ELIZABETH J. SHAPIRO |
|  | Deputy Director |
|  |  |
|  | */s/ Lisa A. Olson* |
|  | LISA A. OLSON |
|  | Senior Trial Counsel |
|  | U.S. Department of Justice |
|  | Civil Division |
|  | Federal Programs Branch |
|  | 1100 L Street, N.W., Room 12200 |
|  | Washington, D.C. 20005 |
|  | Telephone: (202) 514-5633 |
|  | Telefacsimile: (202) 616-8470 |
|  | E-mail: lisa.olson@usdoj.gov |
| Dated: Nov. 9, 2023 | *Counsel for Defendant* |