IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JASON LEOPOLD, BUZZFEED INC., | ) |
| Plaintiffs, | ) ) ) |
| v. | ) Case No. 1:19-cv-02798-RC |
| DEFENSE INTELLIGENCE AGENCY, | ) ) ) |
| Defendant. | ) ) |

**JOINT STATUS REPORT**

Pursuant to this Court's May 26, 2020 Minute Order, the parties hereby submit their joint status report for this Freedom of Information Act ("FOIA") action. Plaintiffs have completed their review of the records produced in response to Plaintiffs' FOIA request in this case, and Defendant has provided Plaintiffs with a draft *Vaughn* index of the documents and further information in response to several inquiries. Defendant provided to Plaintiffs further information in response to their inquiries and a revised draft *Vaughn* index on January 10, 2024. The parties are continuing to confer on remaining issues, in hopes of avoiding further litigation. The parties propose filing another joint status report within 30 days, on or before February 9, 2024.

Respectfully submitted,

BY PLAINTIFFS:

/s/ *Merrick Wayne*
Matthew Topic, D.C. Bar No. IL0037
Merrick Wayne, D.C. Bar No. IL0058
Stephen Stich Match, D.C. Bar No. MA0044
LOEVY & LOEVY
311 N. Aberdeen, Third Floor

1

|  |  |
|---|---|
|  | Chicago, Illinois 60607 |
|  | Telephone: (312) 243-5900 |
|  | Telefacsimile: (312) 243-5902 |
|  | E-Mail: foia@loevy.com |
|  | *Counsel for Plaintiffs* |
| BY DEFENDANT: | BRIAN M. BOYNTON |
|  | Principal Deputy Assistant Attorney General |
|  | ELIZABETH J. SHAPIRO |
|  | Deputy Director |
|  | ***/s/ Lisa A. Olson*** |
|  | LISA A. OLSON |
|  | Senior Trial Counsel |
|  | U.S. Department of Justice |
|  | Civil Division |
|  | Federal Programs Branch |
|  | 1100 L Street, N.W., Room 12200 |
|  | Washington, D.C. 20005 |
|  | Telephone: (202) 514-5633 |
|  | Telefacsimile: (202) 616-8470 |
|  | E-mail: lisa.olson@usdoj.gov |
| Dated: Jan. 10, 2024 | *Counsel for Defendant* |