IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JASON LEOPOLD, BUZZFEED INC., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) Case No. 1:19-cv-02798-RC |
| | ) |
| DEFENSE INTELLIGENCE AGENCY, | ) |
| | ) |
| Defendant. | ) |
| | ) |

**JOINT STATUS REPORT AND PROPOSED BRIEFING SCHEDULE**

Pursuant to this Court's May 26, 2020 Minute Order, the parties hereby submit their joint status report for this Freedom of Information Act ("FOIA") action. Plaintiffs intend to challenge Defendant's withholding of information pursuant to Exemption (b)(5) of FOIA, 5 U.S.C. § 552(b)(5), in the classified and unclassified documents produced in part or withheld, to the extent the Exemption does not entirely overlap with another Exemption. Plaintiffs do not intend to challenge Defendant's assertion of other Exemptions. Defendant intends to move for summary judgment on grounds that the withholdings pursuant to Exemption (b)(5) were proper.

The parties propose the following schedule which accommodates the parties' pre-existing deadlines and travel plans:

- Defendant's Motion for Summary Judgment to be filed by March 18, 2024;

- Plaintiffs' Cross-Motion for Summary Judgment and Opposition Brief to be filed by April 24, 2024;

- Defendant's Opposition and Reply Brief to be filed by May 24, 2024;

1

- Plaintiffs' Reply Brief to be filed by June 14, 2024.

The parties have agreed to ask the Court for leave to dispense with LCvR 7(h)(1) and not file statements of facts given the nature of this case.

                                              Respectfully submitted,

BY PLAINTIFFS:                  **/s/ *Merrick Wayne***

Matthew Topic, D.C. Bar No. IL0037
Merrick Wayne, D.C. Bar No. IL0058
Stephen Stich Match, D.C. Bar No. MA0044
LOEVY & LOEVY
311 N. Aberdeen, Third Floor
Chicago, Illinois 60607
Telephone: (312) 243-5900
Telefacsimile: (312) 243-5902
E-Mail: foia@loevy.com
*Counsel for Plaintiffs*

BY DEFENDANT:              BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

ELIZABETH J. SHAPIRO
Deputy Director

**/s/ *Lisa A. Olson***
LISA A. OLSON
Senior Trial Counsel
U.S. Department of Justice
Civil Division
Federal Programs Branch
1100 L Street, N.W., Room 12200
Washington, D.C. 20005
Telephone: (202) 514-5633
Telefacsimile: (202) 616-8470
E-mail: lisa.olson@usdoj.gov

Dated: Feb. 6, 2024             *Counsel for Defendant*