# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

_____

JASON LEOPOLD, BUZZFEED INC.,

    Plaintiffs,

        v.             Case No. 1:19-cv-02798-RC

DEFENSE INTELLIGENCE AGENCY,

    Defendant.
_____

## DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

Pursuant to Federal Rule of Civil Procedure 56 and Local Civil Rule 7(h), defendant Defense Intelligence Agency hereby moves the Court for summary judgment in its favor, on grounds that there is no genuine issue of material fact in this Freedom of Information Act case, *see* 5 U.S.C. § 552, and defendant is entitled to judgment as a matter of law.  The grounds for this motion are more fully set forth in the accompanying memorandum of points and authorities.  The Court has granted the parties' motion to dispense with LCvR 7(h)(1) statements of material facts not in dispute, given the nature of this case.  *See* February 7, 2024 Minute Order.

Dated: March 18, 2024             Respectfully submitted,

                                                  BRIAN M. BOYNTON
                                                  Principal Deputy Assistant Attorney General

                                                  ELIZABETH J. SHAPIRO
                                                  Deputy Director

                                                  ***/s/ Lisa A. Olson***
                                                  LISA A. OLSON
                                                  Senior Trial Counsel
                                                  U.S. Department of Justice
                                                  Civil Division
                                                  Federal Programs Branch
                                                  1100 L Street, N.W., Room 12200
                                                  Washington, D.C. 20005

          Telephone: (202) 514-5633
          Telefacsimile: (202) 616-8470
          E-mail: lisa.olson@usdoj.gov
          *Counsel for Defendant*