UNCLASSIFIED

| | Leopold Buzzfeed Inc. v. DIA
19-cv-02798
*Vaughn* Index 03.18.2024 | | | | | | UNCLASSIFIED |
|---|---|---|---|---|---|---|---|
| Doc # | Date | Title | Type of Document | Organization From | Organization To | Classification[1] | Description/Comments/Exemptions |
| V-66 | 3/18/2013 | RE: (redacted) | Email | DIA | ODNI | SECRET | Document Description: An email from Office of the Director of National Intelligence ("ODNI") to Intelligence Community ("IC") senior leaders to provide information regarding a particular topic and what ODNI is doing to protect IC personnel, as well as topics of conversation with White House, highlighting DOD's actions versus other cabinet level actions. It discussed options for how to approach this topic's application to the workforce, with the senior leaders' realization that this attempt's eventual decision would lead to litigation, and it further included ongoing discussions in an attempt to reach a resolution concerning how to proceed.  Only the name of the topic is redacted on the basis of Exemption (b)(5) alone; the remainder overlaps with other Exemptions.

Partial Release – Exemptions (b)(1), 1.4(c); (b)(3), (b)(5), (b)(6), 10 U.S.C. 424, 50 U.S.C. 3024(i); 50 U.S.C. 3024(m):

Exemption (b)(5): this was used to protect inter-agency or intra-agency documents that would not be available by law to a party in litigation with the agency, specifically the deliberative process privileges. No portions of the record withheld under this exemption are reasonably segregable, as they are inextricably intertwined with the properly withheld portions of the record. Disclosure of such information would reasonably cause harm to the Agency by discouraging open discussions on matters of policy between subordinates and superiors. |
| V-136 | 3/16/2014 | RE: DIA ODNI/USDI Weekly (6) | Email | ODNI | DIA | TOP SECRET | Document Description: An email between Flynn and ODNI, among others, with updates on Flynn's weekly actions and activities, including interactions with foreign counterparts and topics of conversation; collaborations between partners; topics of current interest; ongoing intelligence collection and analysis efforts; and upcoming trips and engagements. It includes an internal assessment and opinion discussed between a subordinate and his superior regarding DIA's current status and movement towards completing a specific task.

Partial Release – Exemptions (b)(1); 1.4a/b/c/e; (b)(3); 10 USC 424; 50 USC 3024(i); 50 USC 3024(m); (b)(5); (b)(6)

Exemption (b)(5): this was used to protect inter-agency or intra-agency documents that would not be available by law to a party in litigation with the agency, specifically the deliberative process privileges. No portions of the record withheld under this exemption are reasonably segregable, as they are inextricably intertwined with the properly withheld portions of the record. Disclosure of such information would reasonably cause harm to the Agency by discouraging open discussions on matters of policy between subordinates and superiors, as well as cause confusion to the public from disclosure of reasons/rationales that were not ultimately the bases for the Agency's action(s). |
| V-202 | 7/27/2014 | RE: DIA - ODNI-USDI Weekly - Week of 20 July | Email | ODNI | DIA | SECRET | Document Description: Email between ODNI and others, with Flynn carbon copied, regarding the DIA-ODNI-USDI weekly activity and information report. It provided updates regarding the DIA Director Flynn's location and activities, as well as discussion of DIA's most recent intelligence analysis and collection efforts, foreign partner engagements, and congressional engagements. It includes an internal opinion regarding DIA's current status with respect to a particular topic.

Partial Release – Exemptions (b)(1); 1.4(a); 1.4(c); 1.4(d); (b)(3) 10 USC 424; 50 USC 3024(i); 50 USC 3024(m); (b)(5); (b)(6)

Exemption (b)(5): this was used to protect inter-agency or intra-agency documents that would not be available by law to a party in litigation with the agency, specifically the deliberative process privileges. No portions of the record withheld under this exemption are reasonably segregable, as they are inextricably intertwined with the properly withheld portions of the record. Disclosure of such information would reasonably cause harm to the Agency by discouraging open discussions on matters of policy between subordinates and superiors, as well as cause confusion to the public from disclosure of reasons/rationales that were not ultimately the bases for the Agency's action(s). |
| V-213 | 7/14/2014 | RE: Germany Trip | Email | ODNI | DIA | SECRET | Document Description: An email between ODNI and senior IC leaders regarding David Shedd's upcoming visit to Germany, and recommendations on what he should do in light of recent events, after he sets forth the specifics and purpose of the itinerary. It includes deliberative internal discussions of recommendations concerning how to proceed with respect to a certain time-sensitive topic.

Partial Release – Exemptions (b)(1); 1.4c/d; (b)(3); 10 USC 424; 50 USC 3024(i); 50 USC 3024(m); (b)(5); (b)(6)

Exemption (b)(5): this was used to protect inter-agency or intra-agency documents that would not be available by law to a party in litigation with the agency, specifically the deliberative process privileges. No portions of the record withheld under this exemption are reasonably segregable, as they are inextricably intertwined with the properly withheld portions of the record. Disclosure of such information would reasonably cause harm to the Agency by discouraging open discussions on matters of policy between subordinates and superiors, as well as cause confusion to the public from disclosure of reasons/rationales that were not ultimately the bases for the Agency's action(s). |

---

[1] This term refers to the overall classification of the document.  However, those portions of each document that were withheld solely pursuant to FOIA Exemption (b)(5) are not classified as Secret or Top Secret.

UNCLASSIFIED

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **V-214** | 7/14/2014 | RE: Germany Trip (2) | Email | ODNI | DIA | SECRET | Document Description: An email between ODNI and senior IC leaders regarding David Shedd's upcoming visit to Germany, and recommendations on what he should do in light of recent events, after he sets forth the specifics and purpose of the itinerary. It includes deliberative internal discussions of recommendations concerning how to proceed with respect to a certain time-sensitive topic.<br><br>Partial Release – Exemptions (b)(1); 1.4c/d; (b)(3); 10 USC 424; 50 USC 3024(i); 50 USC 3024(m); (b)(5); (b)(6)<br><br>Exemption (b)(5): this was used to protect inter-agency or intra-agency documents that would not be available by law to a party in litigation with the agency, specifically the deliberative process privileges. No portions of the record withheld under this exemption are reasonably segregable, as they are inextricably intertwined with the properly withheld portions of the record. Disclosure of such information would reasonably cause harm to the Agency by discouraging open discussions on matters of policy between subordinates and superiors, as well as cause confusion to the public from disclosure of reasons/rationales that were not ultimately the bases for the Agency's action(s). |

UNCLASSIFIED