**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| LEOPOLD *et al.*,<br><br>                              Plaintiffs,<br><br>       v.<br><br>DEFENSE INTELLIGENCE AGENCY,<br><br>                              Defendant. | Case No. 19-cv-02798-RC |

**DECLARATION OF GREGORY M. KOCH,**
**CHIEF, INFORMATION MANAGEMENT OFFICE,**
**OFFICE OF THE DIRECTOR OF NATIONAL INTELLIGENCE**

I, Gregory M. Koch, declare as follows:

## I.    INTRODUCTION

1.    I am the Chief of the Information Management Office ("IMO"), under the Chief Operating Officer for the Office of the Director of National Intelligence ("ODNI"). I have held this position since October 9, 2020. Prior to my current position, I held various senior and supervisory roles in the ODNI, including as Deputy Director and Acting Director of IMO, Chief of Classification Management, as well as Senior Associate General Counsel for litigation in the Office of General Counsel. In addition, I previously held other senior and supervisory roles in the Executive Branch and within the Intelligence Community ("IC"). In total, I have spent over sixteen years in the U.S. Government handling and overseeing Freedom of Information Act ("FOIA"), classification, and declassification matters.

2.    As part of my current duties, I am responsible for facilitating the implementation of information management-related Executive orders, laws, regulations, and ODNI policy within ODNI. In my current capacity, I administer and manage ODNI's Classification Management

and Records Management programs, which, among other things, establish and implement ODNI's classification and markings policies through the creation of directives and security classification guides, in collaboration with subject matter experts.

3.    I am the final decision-making authority regarding the initial processing of FOIA requests for ODNI. I am also responsible for the classification review of ODNI documents and information that may be the subject of court proceedings, information provided to the Congress, or public requests for information under the FOIA, 5 U.S.C. § 552, as amended, as well as the Privacy Act of 1974, 5 U.S.C. § 552a, as amended.

4.    Through the exercise of my official duties, I have become familiar with the above-captioned civil action and the underlying FOIA request. I make the following statements based upon my personal knowledge and information made available to me in my official capacity.

5.    I submit this declaration in support of the Government's Motion for Summary Judgment. The purpose of this declaration is to explain and justify ODNI's withholdings under FOIA Exemption 5. *See* 5 U.S.C. § 552(b)(5).

## II.    RESPONSIBILITES AND AUTHORITIES OF THE DIRECTOR OF NATIONAL INTELLIGENCE

6.    Congress created the position of the DNI in the Intelligence Reform and Terrorism Prevention Act of 2004, Pub. L. No. 108-458, §§ 1011(a) and 1097, 118 Stat. 3638, 3643-62, 3698-99 (2004) (amending Sections 102 through 104 of Title 1 of the National Security Act of 1947). The responsibilities and authorities of the DNI are set forth in the National Security Act of 1947, as amended. 50 U.S.C. §§ 3001-3234. Subject to the authority, direction, and control of the President, the DNI serves as the head of the IC, and as the principal adviser to

2

the President, the NSC, and the Homeland Security Council ("HSC") for intelligence matters related to the national security. 50 U.S.C. §§ 3023(b)(1), (2). The National Security Act, as amended, also created the ODNI. *Id.* § 3025(a). The function of the ODNI is to assist the DNI in carrying out her duties and responsibilities under the National Security Act, as amended, and other applicable laws, and to carry out such other duties as may be prescribed by the President or by law. *Id.* § 3025(b).

## III.    ODNI FOIA POLICY AND PROCEDURE

7.      In the course of processing records responsive to a FOIA request, agencies frequently locate records that contain the equities of another agency. The longstanding practice is for the agency processing the FOIA request to consult with agencies that have an equity in the responsive record. Department of Defense FOIA regulations, applicable to the Defense Intelligence Agency ("DIA"), provide for a consultation process consistent with this longstanding practice. 32 C.F.R. § 286.7(d)(1)

## IV.    ADMINISTRATIVE HISTORY OF CONSULTATION REQUEST

8.      ODNI received a consultation from DIA for records that were responsive to the FOIA request in this case. ODNI reviewed the documents and requested that DIA withhold information under Exemption 5, in addition to other exemptions, in documents V-66, V-202, V-213, and V-214.

9.      On May 16, 2024, ODNI withdrew its request to withhold certain information that was previously withheld solely under Exemption 5 in documents V-213 and V-214.

10.     On May 22, 2024, ODNI withdrew its request to withhold additional information solely under Exemption 5 in documents V-66 and V-202. The result is that now all information

3

in documents V-66 and V-202 that was previously withheld solely under Exemption (b)(5) is now fully disclosed.

11.     Because Plaintiffs in this case have limited their challenge to redactions made pursuant to Exemption 5 of FOIA, except where Exemption 5 withholdings overlap with another Exemption, this declaration addresses only the remaining withholdings of deliberative information in document V-213 and repeated in V-214 over which ODNI requested the withholding of information solely under Exemption 5.  Redacted versions of the documents are attached hereto.

## V.     WITHHOLDINGS

12.     Documents V-213 and V-214 consist of emails between and among ODNI officials and officials from other IC elements.  The portions of these email chains withheld under Exemption 5 consist of identical deliberative emails reflecting the opinions and recommendations of DNI James Clapper regarding whether two government employees should travel to Germany.

13.     Exemption 5 protects "inter-agency or intra-agency memorandums or letters that would not be available by law to a party other than an agency in litigation with the agency…."  5 U.S.C. § 552(b)(5).  This exemption allows an agency to withhold information that is subject to various privileges, including, as relevant here, the Deliberative Process Privilege.

14.     The redacted portions of documents V-213 and V-214, consisting of six lines of text that is identical in each document, are properly subject to the Deliberative Process Privilege and, therefore, Exemption 5.  These portions contain communications between ODNI and senior IC leaders regarding potential upcoming visits to Germany by a DIA official who was traveling to represent DIA at events, and a National Geospatial-Intelligence Agency official who was

4

traveling to meet with German officials. The redacted information reflects pre-decisional recommendations and opinions of DNI Clapper himself regarding this travel, and considerations that DNI Clapper took into account in formulating his views about the prospective travel in light of certain recent events. Specifically, the first item withheld is a statement by DNI Clapper expressing his opinion as to a time-sensitive decision to be made about the travel. The second withheld passage discusses the considerations being taken into account regarding the decision. The third withheld item is a statement reflecting DNI Clapper's opinion and the basis for that opinion regarding the decision concerning the travel.

15.    Disclosure of the information at issue could impair the efficient daily workings of the ODNI by making its employees and other IC personnel less likely to freely discuss their ideas, strategies, and advice regarding official travel decisions. Consequently, ODNI and IC personnel could be more circumspect in their discussions with each other. The resulting lack of candor would impair the IC's ability to foster the forthright internal discussions necessary for efficient and proper decision-making. Disclosure of recommendations offered during ongoing discussions about official travel would make officials contributing to pre-decisional deliberations more wary of providing their views. Agency decision-making is at its best when employees are able to focus on the substance of their views and not on whether their views may at some point be shared with the public.

## VI.    SEGREGABILITY

16.    Based on my careful review of the record on a line-by-line and page-by-page basis to identify reasonably segregable, non-exempt information, I have determined that there is no additional meaningful, non-exempt information that may be reasonably segregated and

ATTORNEY WORK PRODUCT
UNCLASSIFIED

released without disclosing information that warrants protection under a FOIA exemption and

that ODNI has released all reasonably segregable information.

I certify under penalty of perjury that the foregoing is true and correct.

Executed this _4th_ day of June 2024.

Gregory M. Koch
Chief, Information Management Office

6

ATTORNEY WORK PRODUCT
UNCLASSIFIED

213    (b)(3):10 USC 424;  (b)(3):50 USC 3024(m)

**From:** James R. Clapper-DNI-
**To:** "Shedd David R DIA USA GOV"
"Stephanie L. OSullivan-DNI-"
**CC:** "Flynn Michael T LTG DIA USA MIL"
**Subject:** RE: Germany Trip
**Date:** 2014/07/14 16:53:18
**Type:** Note.SMIME.MultipartSigned

Classification: ~~SECRET//NOFORN~~

Classified By    (b)(3):50 USC 3024(m);  (b)(6)
Derived From:
Declassify On: ~~00391231~~
================================================
(b)(5)

(b)(3):10 USC 424

**From:** Shedd David R DIA USA GOV
**Sent:** Monday, July 14, 2014 9:57 AM
**To:** Stephanie L. OSullivan-DNI-
**Cc:** James R. Clapper-DNI-; Flynn Michael T LTG DIA USA MIL
**Subject:** RE: Germany Trip

CLASSIFICATION: ~~SECRET//NOFORN~~    (b)(1);  Sec. 1.4(d);
(b)(3):10 USC 424

Thanks Stephanie.  Appreciate getting the guidance as soon as possible.  I know that
SDO/DATT were on a joint call this a.m.  Do not have the feedback from that conversation.
David

(b)(3):50 USC 3024(m)

**From:** Stephanie L. OSullivan-DNI-
**Sent:** Monday, July 14, 2014 9:14 AM
**To:** Shedd David R DIA USA GOV
**Cc:** Clapper James R. Mr. DNI
**Subject:** RE: Germany Trip

Classification:  ~~SECRET//NOFORN~~

(b)(3):50 USC 3024(m);  (b)(6)
Classified By:
Derived From:
Declassify On: ~~00391231~~
================================================

(b)(3):50 USC 3024(m);  (b)(5)

**From:** Shedd David R DIA USA GOV    (b)(3):10 USC 424
**Sent:** Monday, July 14, 2014 7:55 AM
**To:** Stephanie L. OSullivan-DNI-
**Subject:** RE: Germany Trip

CLASSIFICATION: ~~SECRET//NOFORN~~

Stephanie,    (b)(1); Sec. 1.4(d);  (b)(5)

Also, need to talk to you by tomorrow about our IG's audit status for FY14.

David

**From:** Shedd David R DIA USA GOV
**Sent:** Friday, July 11, 2014 6:56 PM
**To:** 'Stephanie L. OSullivan-DNI-'
**Subject:** RE: Germany Trip

CLASSIFICATION: ~~SECRET//NOFORN~~

Stephanie,    (b)(1);  Sec. 1.4(d);  (b)(3):10 USC 424

It is my                                                    My partner
for four years in                                                            (b)(3):10 USC 424
    VADM Charlie Martoglio is retiring. I am representing DIA in those events in Stuttgart. I will do
roundtables with the EUCOM and AFRICOM                    Plan is to travel Wednesday
evening to Stuttgart, arrive in the morning and work all day Thursday at the CCMDs (including Charlie's
farewell) and then returning Friday a.m.

                                        (b)(1);  Sec. 1.4(c);  Sec. 1.4(d)

Let me know what Jim and you think against above backdrop.  David

**From:** Stephanie L. OSullivan-DNI-
**Sent:** Friday, July 11, 2014 5:50 PM    (b)(3):50 USC 3024(m)
**To:** Shedd David R DIA USA GOV
**Subject:** FW: Germany Trip

Classification: ~~SECRET//NOFORN~~

    (b)(3):50 USC 3024(i);  (b)(3):50 USC 3024(m);  (b)(6)
Classified By:
Derived From:
Declassify On: ~~20301231~~
================================================

fyi

**From:** James R. Clapper-DNI-
**Sent:** Friday, July 11, 2014 2:20 PM
**To:** Stephanie L. OSullivan-DNI-
**Subject:** FW: Germany Trip

Classification: ~~SECRET//NOFORN~~

Classified By:    (b)(3):50 USC 3024(i);  (b)(3):50 USC 3024(m);  (b)(6)
Derived From:
Declassify On: ~~20391231~~
==================================================
As you saw, I passed a note to                                    (b)(5)


(b)(3):50 USC 3024(i);  (b)(6)
**From:**
**Sent:** Friday, July 11, 2014 8:44 AM
**To:** Long Letitia A NGA-D USA CIV; James R. Clapper-DNI-; Stephanie L. OSullivan-DNI-
**Cc:** (b)(3):10 USC 424;  (b)(6)          Theodore Nicholas-DNI-                    (b)(3):50 USC
                                                                                     3024(i);  (b)(6)
**Subject:** RE: Germany Trip

Classification: ~~SECRET//NOFORN~~

Classified By    (b)(3):50 USC 3024(i);  (b)(6)
Derived From:
Declassify On: ~~20391231~~                              (b)(1); Sec. 1.4(c);  (b)(3):50
                                                         USC 3024(i)
==================================================
No decisions yet,


**From:** Long Letitia A NGA-D USA CIV                          (b)(3):10 USC 424;  (b)(3):50
**Sent:** Friday, July 11, 2014 8:42 AM                         USC 3024(i);  (b)(6)
**To:**              James R. Clapper-DNI-; Stephanie L. OSullivan-DNI-;
**Cc:**                                      Theodore Nicholas-DNI-;
**Subject:** RE: Germany Trip

Classification: ~~SECRET//NOFORN~~

Classified By:    (b)(3):10 USC 424;  (b)(3):50 USC 3024(i);  (b)(6)
Derived From:

Declassify On: ~~20391231~~
================================================================

Thanks [ ] and Jim, standing by.

Tish    (b)(3):50 USC 3024(i);  (b)(6)          (b)(3):10 USC 424;  (b)(3):50
                                                USC 3024(i);  (b)(6)

**From:**
**Sent:** Friday, July 11, 2014 5:23 AM
**To:** James R. Clapper-DNI-; Long Letitia A NGA-D USA CIV; Stephanie L. OSullivan-DNI-
**Cc:**                                         Theodore Nicholas-DNI-;
**Subject:** RE: Germany Trip

Classification: ~~SECRET//NOFORN~~

Classified By:    (b)(3):50 USC 3024(i);
Derived From:     (b)(6)
Declassify On: ~~20391231~~
================================================================

Tish:

Thanks for the note.

                        (b)(1);  Sec. 1.4(c);  Sec. 1.4(d);
                        (b)(3):50 USC 3024(i);  (b)(6)

**From:** James R. Clapper-DNI-          (b)(3):10 USC 424;  (b)(3):50 USC
**Sent:** Thursday, July 10, 2014 12:26 PM    3024(i);  (b)(6)
**To:** Long Letitia A NGA-D USA CIV;          Stephanie L. OSullivan-DNI-
**Cc:**                                         Theodore Nicholas-DNI-
**Subject:** RE: Germany Trip

Classification: ~~SECRET//NOFORN~~

Classified By:    (b)(3):50 USC 3024(i);  (b)(3):50 USC 3024(m);  (b)(6)
Derived From:
Declassify On: ~~20391231~~
================================================================

Tish:

Good on you for raising this...

(b)(3):50 USC 3024(i); (b)(5); (b)(6)

Jim

**From:** Long Letitia A NGA-D USA CIV

**Sent:** Thursday, July 10, 2014 10:37 AM

(b)(3):10 USC 424; (b)(3):50 USC 3024(i); (b)(6)

**To:** Stephanie L. OSullivan-DNI-; James R. Clapper-DNI-

**Cc:** Theodore Nicholas-DNI-

**Subject:** Germany Trip

Classification: ~~SECRET//NOFORN~~

(b)(3):10 USC 424; (b)(3):50 USC 3024(i); (b)(6)

Classified By:

Derived From:

Declassify On: ~~20391231~~

==================================================

(b)(3):50 USC 3024(i); (b)(6)

I am sure not on your scope, I currently have a trip to Germany planned for 29-30 July. I was doing a brief stop in Berlin to meet with Schindler and then spending time in the Bonn area to meet with MoD folks on the geospatial side of the house.

(b)(1); Sec. 1.4(d)

(b)(5)

want to follow your lead. I can do all of the trip, none of the trip, or just the MoD piece.

Any thoughts? Don't need to make a decision immediately, but thought I would let you know of this.

Best,

Tish

==================================================

Classification: ~~SECRET//NOFORN~~

==================================================

Classification: ~~SECRET//NOFORN~~

==================================================

Classification: ~~SECRET//NOFORN~~

```
=====================================================
Classification: SECRET//NOFORN

=====================================================
Classification: SECRET//NOFORN

=====================================================
Classification: SECRET//NOFORN

=====================================================
Classification: SECRET//NOFORN
```

DERIVED FROM:
DATE OF SOURCE: 20140711

CLASSIFICATION: SECRET//NOFORN

DERIVED FROM:
DATE OF SOURCE: 20140711

CLASSIFICATION: SECRET//NOFORN

```
=====================================================
Classification: SECRET//NOFORN
```

DERIVED FROM:
DATE OF SOURCE: 20140711

CLASSIFICATION: SECRET//NOFORN

```
=====================================================
Classification: SECRET//NOFORN
```

**Sender:** James R. Clapper-DNI-
"Shedd David R DIA USA GOV    (b)(3):10 USC 424;  (b)(3):50 USC 3024(m)
**Recipient:** "Stephanie L. OSullivan-DNI-
"Flynn Michael T LTG DIA USA MIL

**Sent Date:** 2014/07/14 16:53:13
**Delivered Date:** 2014/07/14 16:53:18

214    (b)(3):10 USC 424;  (b)(3):50 USC 3024(m)

**From:** Flynn Michael T LTG DIA USA MIL
**To:** "James R. Clapper-DNI-
       "Shedd David R DIA USA GOV"
       "Stephanie L. OSullivan-DNI-
**Subject:** RE: Germany Trip
**Date:** 2014/07/14 17:24:21
**Priority:** Normal
**Type:** Note

CLASSIFICATION: ~~SECRET//NOFORN~~

**Thanks Director, that is our belief as well. This is, as David has outlined, a visit to farewell a great partner in Charlie Martoglio and to execute a command visit.  Thanks.**

**VR,**
**Mike**

"I CAN WITH A CAN"

Michael T. Flynn
LTG, USA

(b)(3):10
USC 424

(b)(3):50 USC 3024(m)

**From:** James R. Clapper-DNI-
**Sent:** Monday, July 14, 2014 12:53 PM
**To:** Shedd David R DIA USA GOV; Stephanie L. OSullivan-DNI-
**Cc:** Flynn Michael T LTG DIA USA MIL
**Subject:** RE: Germany Trip

Classification: ~~SECRET//NOFORN~~

(b)(3):50 USC 3024(m);  (b)(6)

Classified By
Derived From:
Declassify On: ~~20391231~~
==================================================

(b)(5)

**From:** Shedd David R DIA USA GOV    (b)(3):10 USC 424
**Sent:** Monday, July 14, 2014 9:57 AM
**To:** Stephanie L. OSullivan-DNI-

**Cc:** James R. Clapper-DNI-; Flynn Michael T LTG DIA USA MIL
**Subject:** RE: Germany Trip

CLASSIFICATION: ~~SECRET//NOFORN~~    (b)(1); Sec. 1.4(d); (b)(3):10 USC 424

Thanks Stephanie.  Appreciate getting the guidance as soon as possible.  I know that SDO/DATT were on a joint call this a.m.  Do not have the feedback from that conversation.
David

**From:** Stephanie L. OSullivan-DNI-    (b)(3):50 USC 3024(m)
**Sent:** Monday, July 14, 2014 9:14 AM
**To:** Shedd David R DIA USA GOV
**Cc:** Clapper James R. Mr. DNI
**Subject:** RE: Germany Trip

Classification: ~~SECRET//NOFORN~~    (b)(3):50 USC 3024(m); (b)(6)

Classified By:
Derived From:
Declassify On: ~~20291231~~
========================================================
(b)(3):50 USC 3024(m); (b)(5)



**From:** Shedd David R DIA USA GOV    (b)(3):10 USC 424
**Sent:** Monday, July 14, 2014 7:55 AM
**To:** Stephanie L. OSullivan-DNI-
**Subject:** RE: Germany Trip

CLASSIFICATION: ~~SECRET//NOFORN~~    (b)(1); Sec. 1.4(d); (b)(5)

Stephanie,

Also, need to talk to you by tomorrow about our IG's audit status for FY14.

David

**From:** Shedd David R DIA USA GOV
**Sent:** Friday, July 11, 2014 6:56 PM
**To:** 'Stephanie L. OSullivan-DNI-'
**Subject:** RE: Germany Trip

CLASSIFICATION: ~~SECRET//NOFORN~~

Stephanie,

(b)(1); Sec. 1.4(d); (b)(3):10 USC 424

It is my _____                                                    My partner
for four years in _____                                                  (b)(3):10 USC 424
_____ VADM Charlie Martoglio is retiring. I am representing DIA in those events in Stuttgart. I will do
roundtables with the EUCOM and AFRICOM _____ _____ Plan is to travel Wednesday
evening to Stuttgart, arrive in the morning and work all day Thursday at the CCMDs (including Charlie's
farewell) and then returning Friday a.m.

(b)(1); Sec. 1.4(c); Sec. 1.4(d)

Let me know what Jim and you think against above backdrop. David

**From:** Stephanie L. OSullivan-DNI-        (b)(3):50 USC 3024(m)
**Sent:** Friday, July 11, 2014 5:50 PM
**To:** Shedd David R DIA USA GOV
**Subject:** FW: Germany Trip

Classification: ~~SECRET//NOFORN~~

Classified By:        (b)(3):50 USC 3024(i); (b)(3):50 USC 3024(m); (b)(6)
Derived From:
Declassify On: ~~20391231~~

============================================================

fyi

**From:** James R. Clapper-DNI-
**Sent:** Friday, July 11, 2014 2:20 PM
**To:** Stephanie L. OSullivan-DNI-
**Subject:** FW: Germany Trip

Classification: ~~SECRET//NOFORN~~

Classified By        (b)(3):50 USC 3024(i); (b)(3):50 USC 3024(m); (b)(6)
Derived From:
Declassify On: ~~20391231~~

============================================================

As you saw, I passed a note to _____                (b)(5)

(b)(3):50 USC 3024(i); (b)(6)

**From:**
**Sent:** Friday, July 11, 2014 8:44 AM
**To:** Long Letitia A NGA-D USA CIV; James R. Clapper-DNI-; Stephanie L. OSullivan-DNI-

Cc [(b)(3):10 USC 424;  (b)(6)]    Theodore Nicholas-DNI-;    [(b)(3):50 USC 3024(i);  (b)(6)]
**Subject:** RE: Germany Trip

Classification: ~~SECRET//NOFORN~~

Classified By: [(b)(3):50 USC 3024(i);  (b)(6)]
Derived From:
Declassify On: ~~20391231~~

=====================================================

No decisions yet    [(b)(1);  Sec. 1.4(c);  (b)(3):50 USC 3024(i)]

**From:** Long Letitia A NGA-D USA CIV    [(b)(3):10 USC 424;  (b)(3):50 USC 3024(i);  (b)(6)]
**Sent:** Friday, July 11, 2014 8:42 AM
**To:**    James R. Clapper-DNI-; Stephanie L. OSullivan-DNI-
**Cc:**    Theodore Nicholas-DNI-;
**Subject:** RE: Germany Trip

Classification: ~~SECRET//NOFORN~~

Classified By: [(b)(3):10 USC 424;  (b)(3):50 USC 3024(i);  (b)(6)]
Derived From:
Declassify On: ~~20391231~~

=====================================================

Thanks [    ] and Jim, standing by.

Tish    [(b)(3):50 USC 3024(i);  (b)(6)]

**From:** [    ]    [(b)(3):10 USC 424;  (b)(3):50 USC 3024(i);  (b)(6)]
**Sent:** Friday, July 11, 2014 5:23 AM
**To:** James R. Clapper-DNI-; Long Letitia A NGA-D USA CIV; Stephanie L. OSullivan-DNI-
**Cc:** [    ]    Theodore Nicholas-DNI-;
**Subject:** RE: Germany Trip

Classification: ~~SECRET//NOFORN~~

Classified By: [(b)(3):50 USC 3024(i);  (b)(6)]
Derived From:
Declassify On: ~~20391231~~

=====================================================

Tish:    [(b)(1);  Sec. 1.4(c);  Sec. 1.4(d);  (b)(3):50 USC 3024(i);  (b)(6)]

Thanks for the note.

(b)(1); Sec. 1.4(c); Sec. 1.4(d); (b)(3):50 USC 3024(i); (b)(6)

**From:** James R. Clapper-DNI-
**Sent:** Thursday, July 10, 2014 12:26 PM        (b)(3):10 USC 424; (b)(3):50 USC 3024(i); (b)(6)
**To:** Long Letitia A NGA-D USA CIV;
Stephanie L. OSullivan-DNI-
**Cc:**                                           Theodore Nicholas-DNI-
**Subject:** RE: Germany Trip

Classification: ~~SECRET//NOFORN~~
                               (b)(3):10 USC 424; (b)(3):50 USC 3024(i); (b)(6)
Classified By:
Derived From:
Declassify On: ~~20391231~~
===================================================

Tish:

Good on you for raising this...

(b)(3):50 USC 3024(i); (b)(5); (b)(6)

Jim

**From:** Long Letitia A NGA-D USA CIV                       (b)(3):10 USC 424; (b)(3):50
**Sent:** Thursday, July 10, 2014 10:37 AM                   USC 3024(i); (b)(6)
**To:**          Stephanie L. OSullivan-DNI-; James R. Clapper-DNI-
**Cc:**                                    Theodore Nicholas-DNI-
**Subject:** Germany Trip

Classification: ~~SECRET//NOFORN~~
                               (b)(3):10 USC 424; (b)(3):50 USC 3024(i); (b)(6)
Classified By:
Derived From:
Declassify On: ~~20391231~~
===================================================

(b)(3):50 USC 3024(i); (b)(6)

I am sure not on your scope, I currently have a trip to Germany planned for 29-30 July.  I was doing a brief stop in Berlin to meet with Schindler and then spending time in the Bonn area to meet with MoD folks on the geospatial side of the house.

                                          (b)(1); Sec. 1.4(d)

(b)(5)

want to follow your lead.  I can do all of the trip, none of the trip, or just the MoD piece.

Any thoughts?  Don't need to make a decision immediately, but thought I would let you know of this.

Best,

Tish


============================================================
Classification: ~~SECRET//NOFORN~~


============================================================
Classification: ~~SECRET//NOFORN~~

============================================================
Classification: ~~SECRET//NOFORN~~

============================================================
Classification: ~~SECRET//NOFORN~~

============================================================
Classification: ~~SECRET//NOFORN~~

============================================================
Classification: ~~SECRET//NOFORN~~

============================================================
Classification: ~~SECRET//NOFORN~~


DERIVED FROM:
DATE OF SOURCE: ~~20140711~~

CLASSIFICATION: ~~SECRET//NOFORN~~

DERIVED FROM:
DATE OF SOURCE: ~~20140711~~

CLASSIFICATION ~~SECRET//NOFORN~~
============================================================
Classification: ~~SECRET//NOFORN~~

DERIVED FROM:
DATE OF SOURCE: ~~20140714~~

CLASSIFICATION: ~~SECRET//NOFORN~~
==================================================================
Classification:   ~~SECRET//NOFORN~~


DERIVED FROM:
DATE OF SOURCE: ~~20140714~~

CLASSIFICATION: ~~SECRET//NOFORN~~

(b)(3):10 USC 424;  (b)(3):50 USC 3024(m)

**Sender:** Flynn Michael T LTG DIA USA MIL

**Recipient:** "James R. Clapper-DNI-
"Shedd David R DIA USA GOV
"Stephanie L. O'Sullivan-DNI-

**Sent Date:** 2014/07/14 17:24:21