# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| JASON LEOPOLD, BUZZFEED INC., ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> DEFENSE INTELLIGENCE AGENCY, ) <br> ) <br> Defendant. ) | Case No. 1:19-cv-02798-RC |

**DEFENDANT'S UNOPPOSED MOTION
TO DISMISS BRIEFING SCHEDULE AS MOOT**

In its October 31, 2024 Memorandum Opinion [ECF No. 69], the Court denied defendant's motion for summary judgment and plaintiffs' cross-motion for summary judgment, and ordered defendant to file within 30 days a renewed motion for summary judgment justifying its withholding of portions of certain documents solely pursuant to Freedom of Information Act Exemption (b)(5), 5 U.S.C. § 552(b)(5), and submit the documents for *in camera* review. Defendant subsequently reprocessed the documents in question with Exemption (b)(5) removed, and on November 13, 2024, defendant reissued those documents to plaintiffs. The parties have now resolved any dispute regarding defendant's redaction or withholding of any remaining documents at issue in this case. Accordingly, the parties have resolved all outstanding issues that would have been the basis for defendant's forthcoming motion for summary judgment.

Pursuant to Fed. R. Civ. P. 7 and LCvR 7, defendant therefore moves the Court to dismiss the summary judgment briefing schedule as moot. The parties will be addressing attorney's fees and propose that they submit a joint status report regarding the progress of their discussions within thirty days of the Court's order on this motion.

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

ELIZABETH J. SHAPIRO
Deputy Director

*/s/ Lisa A. Olson*
LISA A. OLSON
Senior Trial Counsel
U.S. Department of Justice
Civil Division
Federal Programs Branch
1100 L Street, N.W., Room 12200
Washington, D.C. 20005
Telephone: (202) 514-5633
Telefacsimile: (202) 616-8470
E-mail: lisa.olson@usdoj.gov

Dated: Nov. 29, 2024                      *Counsel for Defendant*